UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

    Maryanne Karaman                         CASE NO.: 6:14-bk-01818-KSJ
                                                     Chapter 13

            Debtor(s).

_____/

### DEBTOR'S RESPONSE TO MOTION TO DISMISS

COMES NOW, the Debtor, MARYANNE KARAMAN, by and through the undersigned attorney, and hereby responds to the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments (DE 79) (the "**Motion**"), and state as follows:

1. The Debtor filed this Chapter 13 case on 02/19/2014.

2. On February 28, 2018, the Chapter 13 Trustee filed the Motion, based on the Debtor's failure to make payments totaling $2,231.00 through the payment due on March 21, 2018.

3. The Debtor wants to complete her Chapter 13 Plan, request that this Court allow her an additional (15) days until April 6, 2018 to meet with the undersigned counsel and file a Motion to Modify Confirmed Plan or otherwise address the delinquency before dismissing her case.

WHEREFORE, the Debtor respectfully requests that this Honorable Court allow her to become current on her payments as set forth herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on all parties having appeared electronically in this case; or by U.S. Mail to: Laurie K. Weatherford, Trustee, P.O. BOX 3450, Winter Park, FL 32790 and all parties listed in the attached mailing matrix this 22nd day of March, 2018.

/s/ Charles W. Price
CHARLES W. PRICE, ESQ.
PRICE LAW FIRM
400 Maitland Avenue
Altamonte Springs, FL 32701
Fla. Bar No. 870862
P. 407.834.0090
F. 407.386.7610