UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MARYANNE KARAMAN,                                              Case No. 6:14-bk-01818-CCJ

                                                                                   Chapter 13

      Debtor.
_____/

**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

> NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy of the same on Debtor's Attorney, Charles W. Price, Esq., Price Law Firm, 390 Maitland Avenue, Suite 1000, Altamonte Springs, FL 32701; and upon the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

COMES NOW the Debtor, MARYANNE KARAMAN, by and through her undersigned attorney, and hereby moves to modify the chapter 13 plan on the following grounds:

1. The Debtor's Chapter 13 Plan was confirmed on September 22, 2014.

2. The Debtor filed her 2014 Tax Return and received a refund of $5,636.00. The Debtor filed her 2016 Tax Return and received a refund of $4,418.00.

3. The Debtor submitted a request to keep the 2014 and 2016 Income Tax Refunds. The Trustee denied the request to keep the 2014 tax refund but allowed the Debtor to

keep $1,173.00 of the 2016 Tax Refund.

6.   Due to the Debtor's financial situation, she is unable to repay the funds as a lump sum and requests to repay the $4,418.00 and $2,645.00 during the remaining months of the plan.

5.   The Proposed Modification, attached hereto as Exhibit "A" repays the 2014 tax refund and the required portion of the 2016 tax refund in full through the remainder of the plan.

WHEREFORE, the Debtor respectfully requests that this Court enter an order modifying the Confirmed Plan as set forth above.

/s/ Charles W. Price  
CHARLES W. PRICE, ESQ.  
Price Law Firm

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan has been provided by United States mail on this 5th day of April, 2018 to the Chapter 13 Trustee and all creditors on the attached spreadsheet.

.

/s/ Charles W. Price  
CHARLES W. PRICE, ESQ.  
400 Maitland Avenue,  
Altamonte Springs, FL 32701  
Attorney for Debtors  
P. 407.834.0090  
F. 407.386.7610  
Fla. Bar No. 870862  
Charlie@cpricelawfirm.com