**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Orlando Division**

| | |
|---|---|
| IN RE:<br><br>Maryanne Karaman<br><br><br>Debtor | Case No:    6:14-bk-01818-KSJ<br><br>Chapter 13 |

**TRUSTEES CONSENT TO DEBTOR'S AMENDED MOTION TO MODIFY CONFIRMED PLAN**

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (document number 82).

pursuant to the attached spreadsheet

**Certificate of Service**

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by the United States mail or by electronic transmission to the parties listed below on the 9th day of May, 2018.

**Debtor** - Maryanne Karaman, 3500 Kayla Circle, Oviedo, FL  32765

**Debtor's Attorney -** Charles W Price, Price Law Firm, 400 Maitland Ave, Altamonte Springs, FL 32701

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

| DUE DATE | | 14-1818 J | | KARAMAN | | | | | CLAIM 350 | | CLAIM 300 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **21ST** | | 3/1/2014 | | | 10.0% | | | | MONITORING | | MEDIATION | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | | | | |
| | 51 | | | 51 | | | | | | | | |
| 3/21/2014 | 1 | $2.48 | | $760.00 | $76.00 | | | | | | $100.00 | |
| 4/21/2014 | 2 | $2.48 | | $760.00 | $76.00 | | | | | | $100.00 | |
| 5/21/2014 | 3 | $2.48 | | $760.00 | $76.00 | 3 at | | | | 3 at | $100.00 | |
| 6/21/2014 | 4 | $2.48 | | $760.00 | $76.00 | 1 at | $50.00 | | | 1 at | $50.00 | |
| 7/21/2014 | 5 | $2.48 | | $760.00 | $76.00 | | $100.00 | | | | | |
| 8/21/2014 | 6 | $2.48 | | $760.00 | $76.00 | | $100.00 | | | | | |
| 9/21/2014 | 7 | $2.48 | | $760.00 | $76.00 | 3 at | $100.00 | | | | | 7 at |
| 10/21/2014 | 8 | $0.45 | 8 at | $760.00 | $76.00 | 1 at | $24.00 | | | | | |
| 11/21/2014 | 9 | $2.75 | | $847.00 | $84.70 | | $100.00 | | | | | |
| 12/21/2014 | 10 | $2.75 | | $847.00 | $84.70 | | $100.00 | | | | | |
| 1/21/2015 | 11 | $2.75 | | $847.00 | $84.70 | | $100.00 | | | | | 4 at |
| 2/21/2015 | 12 | $2.46 | | $847.00 | $84.70 | | $100.00 | | | | | |
| 3/21/2015 | 13 | $2.46 | | $847.00 | $84.70 | | $100.00 | | | | | |
| 4/21/2015 | 14 | $2.46 | 6 at | $847.00 | $84.70 | 6 at | $100.00 | | | | | 3 at |
| 5/21/2015 | 15 | $0.00 | | | $0.00 | | | | | | | 1 at |
| 6/21/2015 | 16 | $0.00 | | | $0.00 | | | | | | | |
| 7/21/2015 | 17 | $0.00 | 3 at | | $0.00 | 3 at | | | | | | |
| 8/21/2015 | 18 | $0.00 | 1 at | $18.00 | $1.80 | 1 at | $16.20 | | | | | |
| 9/21/2015 | 19 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 10/21/2015 | 20 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 11/21/2015 | 21 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 12/21/2015 | 22 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 1/21/2016 | 23 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 2/21/2016 | 24 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 3/21/2016 | 25 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 4/21/2016 | 26 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 5/21/2016 | 27 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 6/21/2016 | 28 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 7/21/2016 | 29 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 8/21/2016 | 30 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 9/21/2016 | 31 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 10/21/2016 | 32 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 11/21/2016 | 33 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 12/21/2016 | 34 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 1/21/2017 | 35 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 2/21/2017 | 36 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 3/21/2017 | 37 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 4/21/2017 | 38 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 5/21/2017 | 39 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 6/21/2017 | 40 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 7/21/2017 | 41 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 8/21/2017 | 42 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 9/21/2017 | 43 | $3.50 | | $115.00 | $11.50 | | $100.00 | | | | | |
| 10/21/2017 | 44 | $3.50 | 26 at | $115.00 | $11.50 | | $100.00 | | | | | |
| 11/21/2017 | 45 | $282.50 | | $425.00 | $42.50 | | $100.00 | | | | | |
| 12/21/2017 | 46 | $282.50 | | $425.00 | $42.50 | | $100.00 | | | | | |
| 1/21/2018 | 47 | $282.50 | | $425.00 | $42.50 | | $100.00 | | | | | |
| 2/21/2018 | 48 | $282.50 | | $425.00 | $42.50 | | $100.00 | | | | | |
| 3/21/2018 | 49 | $282.50 | 5 at | $425.00 | $42.50 | | $100.00 | | | | | |
| 4/21/2018 | 50 | $579.50 | 1 at | $755.00 | $75.50 | 32 at | $100.00 | | | | | |
| 5/21/2018 | 51 | $7,165.30 | 1 at | $8,639.00 | $863.90 | 1 at | $609.80 | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | |
| | | $0.00 | | | $0.00 | | | ## at | | ## at | | |
| LIQ 0 | | $9,281.74 | | $25,689.00 | $2,568.90 | | $4,800.00 | | | | $350.00 | |
| Tee Works | | $42,963.29 | | | | | ATTY | | CLM 350 | | CLM 300 | |
| 8.18% TO US | | 22% | | | | | $4,800.00 | | | | 350.00 | |
| KO 1% | | Disp $508.25 | | | | | | | | | | |
| Form 22C 36 | | 2015 RTP Approved | | 2014 $5,636 and Part of 2016 $2,645 | | | | | | | | |
| | Letter Sent for 2017 Tx Refund $4040 | | | Included in this Motion to Modify Dkt 82 | | | | | | | | |

| DUE DATE 21ST | | CLAIM 008 OCWEN | | REAL TIME RESOLUTION |
|---|---|---|---|---|
| | 51 | | | |
| 3/21/2014 | 1 | $581.52 | 1 at | LIEN STRIP |
| 4/21/2014 | 2 | $581.52 | | |
| 5/21/2014 | 3 | $581.52 | | |
| 6/21/2014 | 4 | $581.52 | | |
| 7/21/2014 | 5 | $581.52 | | |
| 8/21/2014 | 6 | $581.52 | | |
| 9/21/2014 | 7 | **$581.52** | | |
| 10/21/2014 | 8 | $659.55 | | |
| 11/21/2014 | 9 | $659.55 | | |
| 12/21/2014 | 10 | $659.55 | | |
| 1/21/2015 | 11 | **$659.55** | | |
| 2/21/2015 | 12 | $659.84 | | |
| 3/21/2015 | 13 | $659.84 | | |
| 4/21/2015 | 14 | **$659.84** | | |
| 5/21/2015 | 15 | paid directly to Ocwen | | |
| 6/21/2015 | 16 | | | |
| 7/21/2015 | 17 | | | |
| 8/21/2015 | 18 | | | |
| 9/21/2015 | 19 | | | |
| 10/21/2015 | 20 | | | |
| 11/21/2015 | 21 | | | |
| 12/21/2015 | 22 | | | |
| 1/21/2016 | 23 | | | |
| 2/21/2016 | 24 | | | |
| 3/21/2016 | 25 | | | |
| 4/21/2016 | 26 | | | |
| 5/21/2016 | 27 | | | |
| 6/21/2016 | 28 | | | |
| 7/21/2016 | 29 | | | |
| 8/21/2016 | 30 | | | |
| 9/21/2016 | 31 | | | |
| 10/21/2016 | 32 | | | |
| 11/21/2016 | 33 | | | |
| 12/21/2016 | 34 | | | |
| 1/21/2017 | 35 | | | |
| 2/21/2017 | 36 | | | |
| 3/21/2017 | 37 | | | |
| 4/21/2017 | 38 | | | |
| 5/21/2017 | 39 | | | |
| 6/21/2017 | 40 | | | |
| 7/21/2017 | 41 | | | |
| 8/21/2017 | 42 | | | |
| 9/21/2017 | 43 | | | |
| 10/21/2017 | 44 | | | |
| 11/21/2017 | 45 | | | |
| 12/21/2017 | 46 | | | |
| 1/21/2018 | 47 | | | |
| 2/21/2018 | 48 | | | |
| 3/21/2018 | 49 | | | |
| 4/21/2018 | 50 | | | |
| 5/21/2018 | 51 | | | |
| | | | ## at | |
| LIQ 0 | | $8,688.36 | | |
| Tee Works | | CLM 008 | | CLM 004 |
| 8.18% TO US | | ONGOING | | |
| KO 1% | | 4-17-15 ORD GRANT MTN | | |
| Form 22C 36 | | TO APPR OCWEN LOAN | | |
| Letter Sent for | | ERM LOAN MOD AGRMT | | |

| DUE DATE 21ST | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | | |
| 3/21/2014 | 1 | | | | | | | | | |
| 4/21/2014 | 2 | | | | | | | | | |
| 5/21/2014 | 3 | | | | | | | | | |
| 6/21/2014 | 4 | | | | | | | | | |
| 7/21/2014 | 5 | | | | | | | | | |
| 8/21/2014 | 6 | | | | | | | | | |
| 9/21/2014 | 7 | | | | | | | | | |
| 10/21/2014 | 8 | | | | | | | | | |
| 11/21/2014 | 9 | | | | | | | | | |
| 12/21/2014 | 10 | | | | | | | | | |
| 1/21/2015 | 11 | | | | | | | | | |
| 2/21/2015 | 12 | | | | | | | | | |
| 3/21/2015 | 13 | | | | | | | | | |
| 4/21/2015 | 14 | | | | | | | | | |
| 5/21/2015 | 15 | | | | | | | | | |
| 6/21/2015 | 16 | | | | | | | | | |
| 7/21/2015 | 17 | | | | | | | | | |
| 8/21/2015 | 18 | | | | | | | | | |
| 9/21/2015 | 19 | | | | | | | | | |
| 10/21/2015 | 20 | | | | | | | | | |
| 11/21/2015 | 21 | | | | | | | | | |
| 12/21/2015 | 22 | | | | | | | | | |
| 1/21/2016 | 23 | | | | | | | | | |
| 2/21/2016 | 24 | | | | | | | | | |
| 3/21/2016 | 25 | | | | | | | | | |
| 4/21/2016 | 26 | | | | | | | | | |
| 5/21/2016 | 27 | | | | | | | | | |
| 6/21/2016 | 28 | | | | | | | | | |
| 7/21/2016 | 29 | | | | | | | | | |
| 8/21/2016 | 30 | | | | | | | | | |
| 9/21/2016 | 31 | | | | | | | | | |
| 10/21/2016 | 32 | | | | | | | | | |
| 11/21/2016 | 33 | | | | | | | | | |
| 12/21/2016 | 34 | | | | | | | | | |
| 1/21/2017 | 35 | | | | | | | | | |
| 2/21/2017 | 36 | | | | | | | | | |
| 3/21/2017 | 37 | | | | | | | | | |
| 4/21/2017 | 38 | | | | | | | | | |
| 5/21/2017 | 39 | | | | | | | | | |
| 6/21/2017 | 40 | | | | | | | | | |
| 7/21/2017 | 41 | | | | | | | | | |
| 8/21/2017 | 42 | | | | | | | | | |
| 9/21/2017 | 43 | | | | | | | | | |
| 10/21/2017 | 44 | | | | | | | | | |
| 11/21/2017 | 45 | | | | | | | | | |
| 12/21/2017 | 46 | | | | | | | | | |
| 1/21/2018 | 47 | | | | | | | | | |
| 2/21/2018 | 48 | | | | | | | | | |
| 3/21/2018 | 49 | | | | | | | | | |
| 4/21/2018 | 50 | | | | | | | | | |
| 5/21/2018 | 51 | | | | | | | | | |
| | | #### at | | ### at | | ## at | | ## at | | ## at |
| LIQ 0 | | | | | | | | | | |
| Tee Works | | | | | | | | | | |
| 8.18% TO US | | | | | | | | | | |
| KO 1% | | | | | | | | | | |
| Form 22C | 36 | | | | | | | | | |
| Letter Sent for | | | | | | | | | | |

| DUE DATE 21ST | | |
|---|---|---|
| | 51 | |
| 3/21/2014 | 1 | |
| 4/21/2014 | 2 | |
| 5/21/2014 | 3 | |
| 6/21/2014 | 4 | |
| 7/21/2014 | 5 | |
| 8/21/2014 | 6 | |
| 9/21/2014 | 7 | |
| 10/21/2014 | 8 | |
| 11/21/2014 | 9 | |
| 12/21/2014 | 10 | |
| 1/21/2015 | 11 | |
| 2/21/2015 | 12 | |
| 3/21/2015 | 13 | |
| 4/21/2015 | 14 | |
| 5/21/2015 | 15 | |
| 6/21/2015 | 16 | |
| 7/21/2015 | 17 | |
| 8/21/2015 | 18 | |
| 9/21/2015 | 19 | |
| 10/21/2015 | 20 | |
| 11/21/2015 | 21 | |
| 12/21/2015 | 22 | |
| 1/21/2016 | 23 | |
| 2/21/2016 | 24 | |
| 3/21/2016 | 25 | |
| 4/21/2016 | 26 | |
| 5/21/2016 | 27 | |
| 6/21/2016 | 28 | |
| 7/21/2016 | 29 | |
| 8/21/2016 | 30 | |
| 9/21/2016 | 31 | |
| 10/21/2016 | 32 | |
| 11/21/2016 | 33 | |
| 12/21/2016 | 34 | |
| 1/21/2017 | 35 | |
| 2/21/2017 | 36 | |
| 3/21/2017 | 37 | |
| 4/21/2017 | 38 | |
| 5/21/2017 | 39 | |
| 6/21/2017 | 40 | |
| 7/21/2017 | 41 | |
| 8/21/2017 | 42 | |
| 9/21/2017 | 43 | |
| 10/21/2017 | 44 | |
| 11/21/2017 | 45 | |
| 12/21/2017 | 46 | |
| 1/21/2018 | 47 | |
| 2/21/2018 | 48 | |
| 3/21/2018 | 49 | |
| 4/21/2018 | 50 | |
| 5/21/2018 | 51 | |
| LIQ 0 | | |
| Tee Works | | |
| 8.18% TO US | | |
| KO 1% | | |
| Form 22C 36 | | |
| Letter Sent for | | |

| DUE DATE 21ST | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | FINAL | | |
| | 51 | | | | | | | | | | |
| 3/21/2014 | 1 | | | | | | | | | | |
| 4/21/2014 | 2 | | | | | | | | | | |
| 5/21/2014 | 3 | | | | | | | | | | |
| 6/21/2014 | 4 | | | | | | | | | | |
| 7/21/2014 | 5 | | | | | | | | | | |
| 8/21/2014 | 6 | | | | | | | | | | |
| 9/21/2014 | 7 | | | | | | | | | | |
| 10/21/2014 | 8 | | | | | | | | | | |
| 11/21/2014 | 9 | | | | | | | | | | |
| 12/21/2014 | 10 | | | | | | | | | | |
| 1/21/2015 | 11 | | | | | | | | | | |
| 2/21/2015 | 12 | | | | | | | | | | |
| 3/21/2015 | 13 | | | | | | | | | | |
| 4/21/2015 | 14 | | | | | | | | | | |
| 5/21/2015 | 15 | | | | | | | | | | |
| 6/21/2015 | 16 | | | | | | | | | | |
| 7/21/2015 | 17 | | | | | | | | | | |
| 8/21/2015 | 18 | | | | | | | | | | |
| 9/21/2015 | 19 | | | | | | | | | | |
| 10/21/2015 | 20 | | | | | | | | | | |
| 11/21/2015 | 21 | | | | | | | | | | |
| 12/21/2015 | 22 | | | | | | | | | | |
| 1/21/2016 | 23 | | | | | | | | | | |
| 2/21/2016 | 24 | | | | | | | | | | |
| 3/21/2016 | 25 | | | | | | | | | | |
| 4/21/2016 | 26 | | | | | | | | | | |
| 5/21/2016 | 27 | | | | | | | | | | |
| 6/21/2016 | 28 | | | | | | | | | | |
| 7/21/2016 | 29 | | | | | | | | | | |
| 8/21/2016 | 30 | | | | | | | | | | |
| 9/21/2016 | 31 | | | | | | | | | | |
| 10/21/2016 | 32 | | | | | | | | | | |
| 11/21/2016 | 33 | | | | | | | | | | |
| 12/21/2016 | 34 | | | | | | | | | | |
| 1/21/2017 | 35 | | | | | | | | | | |
| 2/21/2017 | 36 | | | | | | | | | | |
| 3/21/2017 | 37 | | | | | | | | | | |
| 4/21/2017 | 38 | | | | | | | | | | |
| 5/21/2017 | 39 | | | | | | | | | | |
| 6/21/2017 | 40 | | | | | | | | | | |
| 7/21/2017 | 41 | | | | | | | | | | |
| 8/21/2017 | 42 | | | | | | | | | | |
| 9/21/2017 | 43 | | | | | | | | | | |
| 10/21/2017 | 44 | | | | | | | | | | |
| 11/21/2017 | 45 | | | | | | | | | | |
| 12/21/2017 | 46 | | | | | | | | | | |
| 1/21/2018 | 47 | | | | | | | | | | |
| 2/21/2018 | 48 | | | | | | | | | | |
| 3/21/2018 | 49 | | | | | | | | | | |
| 4/21/2018 | 50 | | | | | | | | | | |
| 5/21/2018 | 51 | | | | | | | | | | |
| LIQ 0 | | | | | | | | | | | | |
| Tee Works | | | | | | | | | | | | |
| 8.18% TO US | | | | | | | | | | | | |
| KO 1% | | | | | | | | | | | | |
| Form 22C | 36 | | | | | | | | | | |
| Letter Sent for | | | | | | | | | | | | |