## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

| | |
|---|---|
| **IN RE:** | **Case No:** 6:14-bk-01818-KSJ |
| Maryanne Karaman | |
| | Chapter 13 |
| **Debtor** | |

### Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed February 28, 2018 (Document No. 79).

I HEREBY CERTIFY, that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments has been furnished by the United States mail or by electronic transmission to the parties listed below on the 11th day of June, 2018.

**Debtor** - Maryanne Karaman, 3500 Kayla Circle, Oviedo, FL  32765

**Debtor's Attorney -** Charles W Price, Price Law Firm, 400 Maitland Ave, Altamonte Springs, FL 32701

Respectfully submitted on this 11th day of June, 2018.

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com