UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:14-bk-01818-KSJ

In re:

MARYANNE KARAMAN,

      Debtor.
_____/

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Laurie K. Weatherford, files this Notice of Final Cure Payment.

### CLAIM(S) PROVIDED FOR IN THE CHAPTER 13 PLAN
### (FOR MONTHS 1-14)

The claim listed below was provided for in the confirmed Chapter 13 Plan pursuant to the orders of this court, through April 2015, which was month 14 of the Debtor's plan.

**CREDITOR: SHELLPOINT MORTGAGE SERVICING**

| Court Claim Number | Account Number | Description | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 0616 | Ongoing Mortgage | $130,198.00 | $8,688.36 | $8,688.36 |
| | | | | | $8,688.36 |

### CLAIMS(S) PAID OUTSIDE THE CHAPTER 13 PLAN
### (STARTING IN MONTH 15)

The claim listed below was <u>NOT</u> provided for in the modified Chapter 13 Plan, effective May 2015, and was presumably paid directly by the Debtor(s) outside the Plan, pursuant to the orders of this court. Upon information and belief and absent information to the contrary, The Chapter 13 Trustee believes this claim is current:

| Court Claim Number | Account Number | Description | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8-1 | 0616 | Ongoing Mortgage | $194,437.14 | $0.00 | $0.00 |

Within 21 days of the service of the Notice of Final Cure Payment, the Creditor MUST file a serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C §1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the state of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 15th day of August 2018.

Maryanne Karaman, 3500 Kayla Circle, Oviedo, FL 32765

Electronic Service - Charles W Price, Price Law Firm, 400 Maitland Ave, Altamonte Springs, FL 32701

Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826

Electronic Service - United States Trustee

 Laurie K. Weatherford_____
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. De Villiers, Esq.
Fla. Bar No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com